IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANDREW ROBINSON; ASHLEY GADELHA; RAMON TORRES; individually and on behalf of all other similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ULTIMATE FITNESS GROUP, LLC, a Florida Limited Liability Company; DOUBLE EXCEL, LLC, dba ORANGETHEORY FITNESS, a Florida Limited Liability Company; C&Z FIT, LLC dba ORANGETHEORY FITNESS, an Illinois Limited Liability Company, and DOES 1-1000, dba ORANGETHEORY FITNESS,<br><br>　　　　Defendants. | Case No.  1:16-cv-10231 |

## **DEFENDANT C&Z FIT'S MOTION TO DISMISS**

Defendant C&Z Fit, LLC moves this Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss all Counts of Plaintiffs' Complaint against C&Z Fit, LLC for failure to state a claim upon which relief can be granted.  In support of this motion, Defendant incorporates by reference its Memorandum of Law submitted herewith.

**WHEREFORE**, the Complaint against C&Z Fit, LLC should be dismissed in its entirety.

Respectfully Submitted,

Date:  February 2, 2017

/S/ Michael S. Booher
Booher Law Firm, P.C.
22 W. Washington St., Suite 1500
Chicago, IL  60602
312.450.7476 (office)

Attorney for Defendant C&Z Fit, LLC