# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Andrew Robinson, et al.

                          Plaintiff,

v.                                           Case No.: 1:16−cv−10231
                                                       Honorable Robert W. Gettleman

Ultimate Fitness Group, LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 11, 2017:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 5/11/2017; Motions [26][29] to dismiss are withdrawn. Tobinson, Gadelha and Torres' individual allegations are dismissed with prejudice pursuant to settlement. The putative class allegations are dismissed without prejudice. This dismissal order shall have no preclusive effect on absent putative class members. Defendants shall deliver the settlement payments to plaintiffs' attorney with 15 days. Civil case terminated. Mailed notice(gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.