

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ANDREW ROBINSON; ASHLEY GADELHA; RAMON TORRES,<br><br>Plaintiffs,<br><br>vs.<br><br>ULTIMATE FITNESS GROUP, LLC, a Florida Limited Liability Company; DOUBLE EXCEL, LLC, dba ORANGETHEORY FITNESS a Florida Limited Liability Company; C&Z FIT, LLC dba ORANGETHEORY FITNESS, an Illinois Limited Liability Company;<br><br>Defendants. | Case No.1:16-cv-10231<br><br><br>**Honorable Judge Robert W. Gettleman** |

## ORDER

This matter coming before the Court on the Plaintiffs' motion to approve settlement agreement, this Court hereby orders as follows:

1. The March 14, 2017 settlement agreement, which pertains only to the Plaintiffs' individual allegations, is hereby approved.

2. Andrew Robinson, Ashley Gadelha, and Ramon Torres' individual allegations are hereby dismissed with prejudice pursuant to the settlement agreement.

3. There has been no class certification inquiry nor has there been any adjudication of putative class allegations and, therefore, there shall be no prejudice to absent putative class members.

4. The putative class allegations are hereby dismissed without prejudice.

5. This dismissal order shall have no preclusive effect on absent putative class members.

6. Defendants shall deliver the settlement payments to Plaintiffs' attorney within 15 days.

Dated: May 11, 2017

Honorable Judge Robert Gettleman